THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PUGET SOUNDKEEPER ALLIANCE and SIERRA CLUB,<br><br>Plaintiffs,<br>v.<br><br>SCOTT PRUITT, in his official capacity as Administrator of the United States Environmental Protection Agency, and R.D. JAMES, in his official capacity as Secretary of the Army for Civil Works,<br><br>Defendants. | CASE NO. C15-1342-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to renote pending motions (Dkt. No. 29). The Clerk is DIRECTED to renote Plaintiffs' motion to reopen the case (Dkt. No. 27) and motion for leave to amend the complaint (Dkt. No. 28) for May 11, 2018.

DATED this 18th day of April 2018.

William M. McCool<br>
Clerk of Court<br><br>
s/Tomas Hernandez<br>
Deputy Clerk

MINUTE ORDER
C15-1342-JCC
PAGE - 1