THE HONORABLE JOHN C. COUGHENOUR

THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PUGET SOUNDKEEPER ALLIANCE and SIERRA CLUB,<br><br>      Plaintiffs,<br> v.<br><br>SCOTT PRUITT, in his official capacity as Administrator of the United States Environmental Protection Agency, and R.D. JAMES, in his official capacity as Secretary of the Army for Civil Works,<br><br>      Defendants. | CASE NO. C15-1342-JCC<br><br>ORDER |

  This matter comes before the Court on the parties' stipulated motion to reopen the case and stay claims (Dkt. No. 31). The parties agree that the Court should reopen the case, permit Plaintiffs to amend and supplement the complaint, and stay existing claims. (*Id*. at 1.) Having considered the parties' stipulation and Plaintiffs' unopposed motions to reopen the case (Dkt. No. 27) and for leave to amend the complaint (Dkt. No. 28), the Court finds good cause to ENTER the parties' stipulated order (Dkt. No. 31). Therefore, the Court ORDERS as follows:

  (1) Plaintiffs' motion to reopen the case (Dkt. No. 27) is GRANTED. The Clerk is DIRECTED to reopen this matter.

  (2) Plaintiffs' motion to amend and supplement the complaint (Dkt. No. 28) is

GRANTED.

(3) Plaintiffs' existing claims challenging the 2015 Waters of the United States Rule are STAYED pending the Court's resolution of Plaintiffs' proposed additional claims. DATED this 27th day of April 2018.

*John C. Coughenour* (signature)

John C. Coughenour
UNITED STATES DISTRICT JUDGE