# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| PUGET SOUNDKEEPER ALLIANCE, *et al.*, | CASE NO. C15-1342-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| SCOTT PRUITT, in his official capacity as Administrator of the United States Environmental Protection Agency, and R.D. JAMES, in his official capacity as Secretary of the Army for Civil Works, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulation for entry of a scheduling order (Dkt. No. 34). The Court GRANTS in part the stipulation and enters the following scheduling order pursuant to Local Civil Rule 7(k) and the parties' stipulation:

    A. On or before Wednesday, June 13, 2018, Defendants will file an index of the Administrative Record for this case.

    B. On or before Friday, June 29, 2018, Defendants will file an Answer to the First Amended and Supplemental Complaint.

    C. On or before Friday, July 27, 2018, to the extent any disputes remain between the parties,

Plaintiffs will file a Motion for Summary Judgment, not to exceed 24 pages.

D. On or before Friday, September 14, 2018, Defendants will file a Response to Plaintiffs' Motion for Summary Judgment, combined with any Cross Motion for Summary Judgment, not to exceed 24 pages.

E. On or before Friday, September 28, 2018, Plaintiffs will file a combined Reply to Defendants' Response and Response to Defendants' Cross Motion for Summary Judgment, not to exceed 12 pages.

F. On or before Friday, October 19, 2018, Defendants will file a Reply to Plaintiffs' Response, not to exceed 12 pages.

G. Plaintiffs' Motion for Summary Judgment and Defendants' Cross Motion for Summary Judgment shall both be noted for Friday, October 19, 2018.

DATED this 12th day of June 2018.

William M. McCool  
Clerk of Court

s/Tomas Hernandez  
Deputy Clerk