Judge Coughenour

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PUGET SOUNDKEEPER ALLIANCE, and
SIERRA CLUB,

                Plaintiffs,

        v.

ANDREW WHEELER, in his official capacity
as Acting Administrator of the United States
Environmental Protection Agency, and R.D.
JAMES, in his official capacity as Assistant
Secretary of the Army for Civil Works,

                Defendants.

CASE NO.  C15-1342JCC

**NOTICE OF APPEAL**

      Defendants hereby give notice under Federal Rules of Appellate Procedure 3 and 4(a)(1)(B)

that they appeal to the U.S. Court of Appeals for the Ninth Circuit from the Order entered on

///

///

///

///

///

///

///

NOTICE OF APPEAL - 1
(Case No. C15-1342JCC)

UNITED STATES ATTORNEY
5220 UNITED STATES COURTHOUSE
700 Stewart Street
Seattle, Washington 98101-1271
(206)-553-7970

November 26, 2018 (ECF No. 61).

DATED: this 24th day of January 2019.

Respectfully submitted,

JEFFREY BOSSERT CLARK
Assistant Attorney General

JONATHAN D. BRIGHTBILL
Deputy Assistant Attorney General
U.S. Department of Justice
Environment and Natural Resources Division

BRIAN T. MORAN
United States Attorney


*s/ Brian C. Kipnis*
BRIAN C. KIPNIS
Assistant United States Attorney
Office of the United States Attorney
5220 United States Courthouse
700 Stewart Street
Seattle, Washington 98101-1271
Phone: (206) 553-7970
Fax:    (206) 553-4073
e-mail: brian.kipnis@usdoj.gov

Attorneys for Defendants

NOTICE OF APPEAL - 2
(Case No. C15-1342JCC)

## CERTIFICATE OF SERVICE

I hereby certify that I am an employee in the Office of the United States Attorney for the Western District of Washington and am a person of such age and discretion as to be competent to serve papers;

I hereby certify that on this date, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of this filing to the attorneys of record and all registered participants.

Dated this 24th day of January, 2019.

*s/ Thomas Everett*
THOMAS EVERETT
Paralegal Specialist
Western District of Washington
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101
Phone:  206-553-7970
E-mail:  Thomas.Everett@usdoj.gov

NOTICE OF APPEAL - 3
(Case No. C15-1342JCC)

UNITED STATES ATTORNEY
5220 UNITED STATES COURTHOUSE
700 Stewart Street
Seattle, Washington 98101-1271
(206)-553-7970