THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PUGET SOUNDKEEPER ALLIANCE, *et al*.,

                Plaintiffs,

     v.

SCOTT PRUITT, *et al*.,

                Defendants,

and

AMERICAN FARM BUREAU FEDERATION, *et al*.,

                Intervenor-Defendants.

CASE NO. C15-1342-JCC

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulation regarding a briefing schedule (Dkt. No. 68) for Plaintiffs' pending motion for summary judgment (Dkt. No. 67). Having thoroughly considered the motion and the relevant record, the Court GRANTS the motion and ORDERS that:

   1. Defendants and Intervenor-Defendants shall each file a response to Plaintiffs' motion for

MINUTE ORDER
C15-1342-JCC
PAGE - 1

summary judgment, as well as any cross-motion for summary judgment, on or before

May 29, 2019;

2. Plaintiffs shall file a reply Defendants' and Intervenor-Defendants' responses, and a

response to any cross-motion for summary judgment, on or before June 14, 2019; and

3. Defendants and Intervenor-Defendants shall each file a reply to Plaintiffs' response (if

such party previously filed a cross-motion for summary judgment) on or before June 28,

2019.

The Clerk is DIRECTED to re-note Plaintiffs' motion for summary judgment (Dkt. No. 67) to

June 28, 2019. Any cross-motion for summary judgment shall be noted for the Court's

consideration on June 28, 2019.

DATED this 15th day of April 2019.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk