UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PUGET SOUNDKEEPER ALLIANCE, SIERRA CLUB, a IDAHO CONSERVATION LEAGUE,<br><br>Plaintiffs,<br><br>v.<br><br>ANDREW WHEELER, in his official capacity as Administrator, U.S. Environmental Protection Agency, and R.D. JAMES, in his official capacity as Secretary of the Army for Civil Works,<br><br>Defendants. | CASE NO. C15-1342-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendants' unopposed motion for an extension of time to file additional briefing (Dkt. No. 89) pursuant to the Court's order requesting additional briefing (Dkt. No. 88). Having thoroughly considered the motion and relevant record, the Court hereby GRANTS the motion. All parties' additional briefing pursuant to the Court's order shall be filed no later than August 9, 2019. The Clerk is DIRECTED to re-note Plaintiffs' motion for summary judgment (Dkt. No. 67), Intervenors' cross-motion for summary judgment

and response (Dkt. No. 72), and Defendants' cross-motion for summary judgment and response (Dkt. No. 79) to August 9, 2019 for the Court's consideration.

DATED this 26th day of July 2019.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk
