THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PUGET SOUNDKEEPER ALLIANCE *et al.*, | CASE NO. C15-1342-JCC |
| Plaintiffs, | ORDER |
| v. | |
| ANDREW WHEELER, in his official capacity as Acting Administrator of the United States Environmental Protection Agency, and R.D. JAMES, in his official capacity as Secretary of the Army for Civil Works, | |
| Defendants. | |

This matter comes before the Court *sua sponte*. The Court set forth the underlying facts of this case in prior orders and will restate only those relevant here. (*See* Dkt. No. 61.) In 2015, the U.S. Army Corps of Engineers (the "Corps") and the Environmental Protection Agency (the "EPA") (collectively, the "Agencies") issued a final rule defining the jurisdictional scope of the CWA. Clean Water Rule: Definition of "Waters of the United States," 80 Fed. Reg. 37,054 (June 29, 2015) (to be codified at 33 C.F.R. pt. 328) (the "2015 Rule"). In May 2018, Plaintiffs filed a first amended and supplemental complaint for declaratory and injunctive relief. (*See* Dkt. No. 33.) Plaintiffs challenged the 2015 Rule and a final rule that would add an applicability date to the 2015 Rule (the "Applicability Date Rule"). In an order granting in part and denying in part Plaintiffs' motion for partial summary judgment and Defendants' cross-motion for summary

ORDER
C15-1342-JCC
PAGE - 1

judgment regarding the Applicability Date Rule, the Court vacated the Applicability Date Rule nationwide, thereby leaving only Plaintiffs' challenges to the 2015 Rule. (*See* Dkt. No. 61.)

On September 13, 2019, Defendants filed a notice of final rule. (Dkt. No. 97.) Defendants state that on September 12, 2019, the Administrator of the EPA and the Assistant Secretary of the Corps signed a final rule that "(1) rescinds the regulation at issue in this matter, the [2015 Rule]; and (2) re-codifies the prior regulatory definition of 'waters of the United States,' as informed by applicable agency guidance documents and consistent with Supreme Court decisions and longstanding practice." (*Id*. at 2.) The notice states that "[t]he rule will be published in the Federal Register and will be effective 60 days thereafter." (*Id*.)

Having considered the notice of final rule and relevant record, the Court hereby ORDERS the parties to show cause as to why this matter will not be moot once the final rule rescinding the 2015 Rule becomes effective. Briefs shall not exceed five pages in length and shall be filed no later than October 18, 2019. The Clerk is DIRECTED to renote Plaintiffs' motion for summary judgment (Dkt. No. 67), Intervenors' cross-motion and response (Dkt. No. 72), and Defendants' cross-motion and response (Dkt. No. 79) to October 18, 2019.

DATED this 8th day of October 2019.

John C. Coughenour
UNITED STATES DISTRICT JUDGE