THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| PUGET SOUNDKEEPER ALLIANCE, et al., | CASE NO. C15-1342-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| ANDREW WHEELER, et al., | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

Plaintiffs have filed an unopposed motion for voluntary dismissal, seeking a dismissal without prejudice and without an award of fees (Dkt. Nos. 110, 110-1). Pursuant to Federal Rule of Civil Procedure 41(a)(2), the Court finds the dismissal warranted. This action is DISMISSED without prejudice and without an award of costs or attorney fees to either party. The Clerk is directed to CLOSE this case.

DATED this 14th day of September 2020.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
C15-1342-JCC
PAGE - 1